THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
CHARLES BARRY, Appellant.

*People* v. *Barry*, 132 App. Div. 231, affirmed.
(Argued June 14, 1909; decided October 5, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
May 7, 1909, which affirmed a judgment of the Court of
General Sessions of the Peace in the county of New York
rendered upon a verdict convicting the defendant of the crime
of grand larceny in the first degree.

*Henry W. Unger, William W. Cantwell* and *K. Henry
Rosenberg* for appellant.

*William Travers Jerome, District Attorney (E. Crosby
Kindleberger* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent:
CHASE, J.